UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NORDIC NATURALS, INC.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 23cv0441-L-WVG<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 3]** |

　　　Pending before the court is a motion to dismiss for failure to state a claim. (ECF No. 3.)  Plaintiff timely filed an amended complaint (ECF no. 4). *See* Fed. R. Civ. Proc. 15(a)(1)(B).  Accordingly, motion to dismiss is denied as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

　　　**IT IS SO ORDERED.**

Dated: May 9, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Judge